# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| MEAGHAN HARKLEROAD,<br><br>    Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S/CANDLER HEALTH SYSTEM, INC.,<br><br>    Defendants. | CV 5:21-041 |

### ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 85, wherein they notify the Court that Plaintiff Meaghan Harkleroad wishes to dismiss with prejudice all claims against Defendant St. Joseph's/Candler Health System, Inc. ("St. Joseph's"). The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiff's claims against St. Joseph's are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. There being no claims remaining in this action, the Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this 4 day of January, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA